IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-00382-RJC-DSC

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ARTHUR THORNTON, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 15), the Superseding Indictment, (Doc. No. 13), without prejudice.

**IT IS ORDERED** that the Government's motion, (Doc. No. 15), is **GRANTED** and the Superseding Indictment, (Doc. No. 13), is **DISMISSED** without prejudice.

Signed: April 5, 2013

Robert J. Conrad, Jr.
Chief United States District Judge